ALVIN R. HARRIS, EXECUTOR, ET AL. *v.* GEORGE NOVOTASKY

The motion by the defendant to dismiss the plaintiffs' request for a finding and draft finding in the appeal from the Superior Court in Hartford County is dismissed.

*Snow G. Munford,* in support of the motion.

*Harvey A. Katz,* in opposition.

Submitted October 6—decided October 6, 1970

STATE OF CONNECTICUT *v.* WALTER J. GELINAS

The motion by the defendant to set aside the verdict and judgment and to discharge him is granted unless the state files its brief on or before November 3, 1970.

*William L. Tobin* and *Pasquale Palumbo,* for the appellant (defendant).

*Thomas F. Wall,* state's attorney, for the appellee (state).